Philip J. Wang (SBN 218349)
Justin S. Chang (SBN 205925)
Law Office of Philip J. Wang
160 Bovet Rd. Ste 310
San Mateo, CA 94402
Tel:  650.521.9020
phil@wangchanglaw.com
justin@wangchanglaw.com

*Counsel for Plaintiff Cypress Semiconductor Corp.*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., a Delaware Corporation, DEUTSCHE BANK ALEX. BROWN, a Division of Deutsche Bank Securities Inc., and DEUTSCHE BANK AG,<br><br>Defendants. | CASE NO.  CV-11-00617-JF<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |

1  Pursuant to Civil L.R. 7-11, Plaintiff Cypress Semiconductor Corporation ("Cypress")
2  hereby moves the Court for an Order continuing the Initial Case Management Conference
3  ("CMC") and associated deadlines in the above-captioned case.  Cypress makes this motion on
4  the grounds that Plaintiff recently served one defendant and is in the process of serving the other
5  two defendants, and as a result, holding the CMC as currently scheduled would be premature.

6  Cypress filed a complaint with this Court on February 10, 2011 against Defendants
7  Deutsche Bank Securities, Inc., Deutsche Bank Alex.Brown, and Deutsche Bank AG.  The initial
8  CMC is currently scheduled for Friday, May 13, 2011.  Pursuant to Federal Rule of Civil
9  Procedure 4(m), Plaintiff is in the process of serving the Defendants.  Plaintiff served Deutsche
10 Bank Securities, Inc. on May 5, 2011 and expects to complete service on all Defendants by
11 Friday, May 13, 2011.  Therefore, Plaintiff respectfully requests that the Court continue the
12 initial CMC sixty (60) days until Tuesday, July 12, 2011 or as soon thereafter as is convenient
13 for the Court.  Plaintiff further requests that the deadlines associated with the initial CMC also be
14 continued for sixty (60) days, including the deadlines to meet and confer with Defendants, to file
15 an ADR Certification, to file a Rule 26(f) Report, and to file a Case Management Statement.

17 Dated:  May 5, 2011                                LAW OFFICE OF PHILIP J. WANG

19                                                                By: _____/s/_____
                                                                     Philip J. Wang

20                                                                *Counsel for Plaintiff Cypress
                                                                   Semiconductor Corp.*

22  Case management conference continued to 6/17/11 at 10:30 a.m.
23 IT IS SO ORDERED.

24 Dated:  5/10/11                                   _____
25                                                                Hon. Jeremy Fogel
26                                                                United States District Judge

1

Admin. Motion and [PROPOSED]
Order to Continue Initial CMC
Case No. 11-cv-00617-JF