**E-Filed 6/2/2011**

William J. Goines (SBN 61290)
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., a Delaware Corporation, DEUTSCHE BANK ALEX. BROWN, a Division of Deutsche Bank Securities Inc., and DEUTSCHE BANK AG,<br><br>Defendants. | Case Number CV-11-617-JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ADJOURNING CASE MANAGEMENT CONFERENCE**<br><br>Honorable Jeremy Fogel |

Plaintiff and Defendants, by and through their respective undersigned counsel, stipulate and agree as follows:

WHEREAS, on May 5, 2011, Plaintiff served defendant Deutsche Bank Securities Inc. with the Complaint in this action;

WHEREAS, defendant Deutsche Bank Securities Inc. (which includes Deutsche Bank Alex. Brown as a division) would be required to respond to the Complaint on or before May 26, 2011, and defendant Deutsche Bank AG would be required to respond shortly thereafter;

WHEREAS, Defendants have met and conferred with Plaintiff and requested a 45-day

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ADJOURNING CASE MANAGEMENT CONFERENCE - CV-11-617-JF

1

1  extension of the time for defendant Deutsche Bank Securities Inc. to move against, answer or
2  respond to the Complaint (through and including July 11, 2011), and requested the same response
3  deadline for defendant Deutsche Bank AG;
4      WHEREAS, Plaintiff has consented to Defendants' request;
5      WHEREAS, this is the first request for extension of Defendants' time to respond to the
6  Complaint; and further
7      WHEREAS, on May 5, Plaintiff filed an Administrative Motion to Continue the Initial
8  Case Management Conference and Associated Deadlines, noting that the Court had scheduled the
9  Initial Case Management Conference for May 13, 2011 but that Plaintiff served Deutsche Bank
10 Securities Inc. on May 5, 2011 and planned to serve Deutsche Bank AG by May 13, 2011 (Docket
11 No. 9);
12     WHEREAS, by Order dated May 10, 2011, the Court continued the Case Management
13 Conference in this matter to June 17, 2011 at 10:30 a.m. (Docket No. 10);
14     WHEREAS, Defendants presently intend to file a motion to dismiss the Complaint, and
15 accordingly, because this is a private action arising under the Securities Exchange Act of 1934, the
16 statutory mandatory stay that Congress imposed under the Private Securities Litigation Reform Act
17 of 1995, 15 U.S.C. § 78u-4(b)(3)(B) (the "PSLRA"), will be in effect and "all discovery and other
18 proceedings shall be stayed during the pendency of any motion to dismiss";
19     WHEREAS, Plaintiff and Defendants have met and conferred and have agreed (subject to
20 Court approval) that the Case Management Conference (along with associated deadlines) be
21 adjourned from June 17, 2011 until after the intended motion to dismiss is determined by the
22 Court;
23     IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their
24 respective counsel, and subject to Court approval, that the time for all Defendants to move against,
25 answer or respond to the Complaint shall be extended from May 26, 2011 through and including
26 July 11, 2011; and
27
28

1     IT IS FURTHER STIPULATED, by and between Plaintiff and Defendants, through their
2 respective undersigned counsel, and subject to Court approval, that the Case Management
3 Conference be adjourned from June 17, 2011 at 10:30 a.m., to be rescheduled following the
4 Court's determination of the motion to dismiss Defendants presently intend to file on or before July
5 11, 2011.
6     In accordance with General Order 45 of the United States District Court for the Northern
7 District of California, I attest that concurrence in the filing of this document has been obtained
8 from the undersigned counsel.
9 DATED:  May 23, 2011                                            Respectfully submitted,

By   /s/ *Philip J. Wang*
    Philip J. Wang (SBN 218349)
    Justin S. Chang (SBN 205925)
LAW OFFICE OF PHILIP J. WANG
160 Bovet Rd. Ste. 310
San Mateo, California 94402
Telephone: (650) 521-9020
phil@philwanglaw.com
jchang@philwanglaw.com

*Attorneys for Plaintiff*


By   /s/ *William J. Goines*
    William J. Goines (SBN 61290)
GREENBERG TAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com

- and -

Stephen L. Saxl (*Pro Hac Vice Motion To Be Filed*)
Toby S. Soli *(Pro Hac Vice Motion To Be Filed)*
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
saxls@gtlaw.com
solit@gtlaw.com

*Attorneys for Defendants*

ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ADJOURNING CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Philip J. Wang has concurred in this filing.

Date:  May 23, 2011                              GREENBERG TRAURIG LLP

                                                 By:  /s/ *William J. Goines*

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ADJOURNING CASE MANAGEMENT CONFERENCE - CV-11-617-JF

4

1
2
3   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
4   DATED:   ~~May _____, 2011~~   6/2/2011
5                                                     _____
                                                     The Honorable Jeremy Fogel
6                                                    United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO
COMPLAINT AND ADJOURNING CASE MANAGEMENT CONFERENCE - CV-11-617-JF
5