William J. Goines (SBN 61290)
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., a Delaware Corporation, DEUTSCHE BANK ALEX. BROWN, a Division of Deutsche Bank Securities Inc., and DEUTSCHE BANK AG,<br><br>Defendants. | Case Number CV-11-617-JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Honorable Jeremy Fogel |

Plaintiff and Defendants, by and through their respective undersigned counsel, stipulate and agree as follows:

WHEREAS, on June 2, 2011, the Court So Ordered the parties' initial stipulation extending the time for Defendants to respond to the Complaint in this action through and including July 11, 2011;

WHEREAS, Defendants have met and conferred with Plaintiff and requested an additional 45-day extension of the time for all Defendants to move against, answer or respond to the Complaint (through and including August 25, 2011); and

WHEREAS, Plaintiff has consented to Defendants' request;

1    IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel, and subject to Court approval, that the time for all Defendants to move against, answer or respond to the Complaint shall be extended from July 11, 2011 through and including August 24, 2011.

In accordance with General Order 45 of the United States District Court for the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the undersigned counsel.

DATED:  June 29, 2011                                          Respectfully submitted,


By  /s/ *Philip J. Wang*
   Philip J. Wang (SBN 218349)
   Justin S. Chang (SBN 205925)
LAW OFFICE OF PHILIP J. WANG
160 Bovet Rd. Ste. 310
San Mateo, California 94402
Telephone: (650) 521-9020
phil@philwanglaw.com
jchang@philwanglaw.com

*Attorneys for Plaintiff*


By  /s/ *William J. Goines*
   William J. Goines (SBN 61290)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com

- and -

|   |   |
|---|---|
| 1 | Stephen L. Saxl (*Pro Hac Vice Motion To Be Filed*) |
| 2 | Toby S. Soli *(Pro Hac Vice Motion To Be Filed)* |
| 3 | GREENBERG TRAURIG, LLP |
|   | 200 Park Avenue |
| 4 | New York, New York 10166 |
|   | Telephone: (212) 801-9200 |
| 5 | Facsimile: (212) 801-6400 |
|   | saxls@gtlaw.com |
| 6 | solit@gtlaw.com |

*Attorneys for Defendants*

ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Philip J. Wang has concurred in this filing.


Date:  June 29, 2011                                         GREENBERG TRAURIG, LLP


                                                              By:  /s/ *William J. Goines*

1
2
3   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
4
5   DATED:   7/8 _____, 2011          _____
                                            The Honorable Jeremy Fogel
6                                           United States District Judge
7
8
...
28