William J. Goines (SBN 61290)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., a Delaware Corporation, DEUTSCHE BANK ALEX. BROWN, a Division of Deutsche Bank Securities Inc., and DEUTSCHE BANK AG,<br><br>Defendants. | Case Number CV-11-617-JF<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Honorable Jeremy Fogel |

Plaintiff and Defendants, by and through their respective undersigned counsel, stipulate and agree as follows:

WHEREAS, on June 2, 2011, the Court So Ordered the parties' initial stipulation extending the time for Defendants to respond to the Complaint in this action to July 11, 2011; and

WHEREAS, on July 8, 2011, the Court So Ordered the parties' second stipulation extending the time for Defendants to respond to the Complaint in this action through and including August 24, 2011; and

WHEREAS the parties are presently discussing the possible resolution of this dispute and an additional thirty (30) days would facilitate those discussions; and

WHEREAS, accordingly, Defendants have met and conferred with Plaintiff and requested an additional 30-day extension of the time for all Defendants to move against, answer or respond to the Complaint (through and including September 23, 2011); and

WHEREAS, Plaintiff has consented to Defendants' request;

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel, and subject to Court approval, that the time for all Defendants to move against, answer or respond to the Complaint shall be extended from August 24, 2011 through and including September 23, 2011.

In accordance with General Order 45 of the United States District Court for the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the undersigned counsel.

DATED: August 22, 2011

Respectfully submitted,

By /s/ *Philip J. Wang*

Philip J. Wang (SBN 218349)
Justin S. Chang (SBN 205925)
WANG & CHANG, A PROFESSIONAL LAW CORPORATION
One Maritime Plaza, Suite 825
San Francisco, California 94111
Telephone: (415) 599-2832
Facsimile: (415) 599-2829
phil@wangchanglaw.com
jchang@wangchanglaw.com

*Attorneys for Plaintiff*

By /s/ *William J. Goines*

William J. Goines (SBN 61290)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
goinesw@gtlaw.com

- and -

Stephen L. Saxl (*Pro Hac Vice Motion To Be Filed*)
Toby S. Soli (*Pro Hac Vice Motion To Be Filed*)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
saxls@gtlaw.com
solit@gtlaw.com

*Attorneys for Defendants*

ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Philip J. Wang has concurred in this filing.

Date: August 22, 2011

GREENBERG TRAURIG, LLP

By: /s/ *William J. Goines*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/1, 2011

The Honorable Jeremy Fogel
United States District Judge