William J. Goines (SBN 61290)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., a Delaware Corporation, DEUTSCHE BANK ALEX. BROWN, a Division of Deutsche Bank Securities Inc., and DEUTSCHE BANK AG,<br><br>Defendants. | Case Number CV-11-617-. **CW**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Honorable Jeremy Fogel |

Plaintiff and Defendants, by and through their respective undersigned counsel, stipulate and agree as follows:

WHEREAS, on June 2, 2011, the Court So Ordered the parties' initial stipulation extending the time for Defendants to respond to the Complaint in this action to July 11, 2011; and

WHEREAS, on July 8, 2011, the Court So Ordered the parties' second stipulation extending the time for Defendants to respond to the Complaint in this action through and including August 24, 2011; and

WHEREAS, on September 1, 2011, the Court So Ordered the parties' third stipulation extending the time for Defendants to respond to the Complaint in this action through and including

September 23, 2011;

WHEREAS the parties have been discussing and are continuing to discuss the possible resolution of this dispute and believe that an additional thirty (30) days would permit them to resolve this dispute; and

WHEREAS, accordingly, Defendants have met and conferred with Plaintiff and requested an additional 30-day extension of the time for all Defendants to move against, answer or respond to the Complaint (through and including October 24, 2011); and

WHEREAS, Plaintiff has consented to Defendants' request;

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel, and subject to Court approval, that the time for all Defendants to move against, answer or respond to the Complaint shall be extended from September 23, 2011 through and including October 24, 2011.

In accordance with General Order 45 of the United States District Court for the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the undersigned counsel.

DATED:  September 22, 2011                            Respectfully submitted,


                                              By   /s/ Philip J. Wang
                                                  Philip J. Wang (SBN 218349)
                                                  Justin S. Chang (SBN 205925)
                                            WANG & CHANG, A PROFESSIONAL
                                                  LAW CORPORATION
                                            One Maritime Plaza, Suite 825
                                            San Francisco, California 94111
                                            Telephone: (415) 599-2832
                                            Facsimile: (415) 599-2829
                                            phil@wangchanglaw.com
                                            jchang@wangchanglaw.com

                                            *Attorneys for Plaintiff*

By   /s/ *William J. Goines*
William J. Goines (SBN 61290)
GREENBERG TAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
goinesw@gtlaw.com

- and -
Stephen L. Saxl (*Pro Hac Vice Motion To Be Filed*)
Toby S. Soli *(Pro Hac Vice Motion To Be Filed*)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
saxls@gtlaw.com
solit@gtlaw.com

*Attorneys for Defendants*

ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Philip J. Wang has concurred in this filing.

Date:  September 22, 2011               GREENBERG TRAURIG, LLP

By:  /s/ *William J. Goines*

1
2
3  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
4
   DATED:       Sept. 29     , 2011          /s/ Claudia Wilken
5                                            Honorable Claudia Wilken
                                             United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT - CV-11-617- **CW**
4