William J. Goines (SBN 61290)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., a Delaware Corporation, DEUTSCHE BANK ALEX. BROWN, a Division of Deutsche Bank Securities Inc., and DEUTSCHE BANK AG,<br><br>Defendants. | Case Number CV-11-617-CW<br><br>(Case Assigned to Hon. Claudia Wilken)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ADJOURNING NOVEMBER 29, 2011 CASE MANAGEMENT CONFERENCE** |

Plaintiff and Defendants, by and through their respective undersigned counsel, stipulate and agree as follows:

WHEREAS, on June 2, 2011, the Court So Ordered the parties' initial stipulation extending the time for Defendants to respond to the Complaint in this action to July 11, 2011; and

WHEREAS, on July 8, 2011, the Court So Ordered the parties' second stipulation extending the time for Defendants to respond to the Complaint in this action through and including August 24, 2011; and

WHEREAS, on September 1, 2011, the Court So Ordered the parties' third stipulation extending the time for Defendants to respond to the Complaint in this action through and including September 23, 2011; and

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT AND ADJOURNING NOVEMBER 29, 2011 CASE MANAGEMENT
CONFERENCE - CV-11-617-CW

1

1  WHEREAS, on September 29, 2011, the Court So Ordered the parties' fourth stipulation
2  extending the time for Defendants to respond to the Complaint in this action through and including
3  October 24, 2011; and
4  WHEREAS, on October 25, 2011, the Court So Ordered the parties' fifth stipulation
5  extending the time for Defendants to respond to the Complaint in this action through and including
6  November 23, 2011; and
7  WHEREAS the parties have now reached agreement on the terms of a settlement and
8  anticipate filing a stipulation of dismissal within fourteen (14) days; and
9  WHEREAS, accordingly, Defendants have met and conferred with Plaintiff and requested
10 an additional 30-day extension of the time for all Defendants to move against, answer or respond
11 to the Complaint (through and including December 23, 2011), by which time the parties anticipate
12 having filed a stipulation of dismissal; and
13 WHEREAS, Plaintiff has consented to Defendants' request; and
14 WHEREAS the Court had scheduled an initial Case Management Conference for
15 November 29, 2011 at 2:00 p.m.; and
16 WHEREAS the parties believe that there will be no need for a Case Management
17 Conference because a stipulation of dismissal will be filed within fourteen (14) days;
18 IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their
19 respective counsel, and subject to Court approval, that the time for all Defendants to move against,
20 answer or respond to the Complaint shall be extended from November 23, 2011 through and
21 including December 23, 2011; and
22 IT IS FURTHER STIPULATED that the Case Management Conference scheduled for
23 November 29, 2011 at 2:00 p.m. shall be adjourned.
24 In accordance with General Order 45 of the United States District Court for the Northern
25 District of California, I attest that concurrence in the filing of this document has been obtained
26 from the undersigned counsel.
27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT AND ADJOURNING NOVEMBER 29, 2011 CASE MANAGEMENT
CONFERENCE - CV-11-617-CW

2

| | | |
|---|---|---|
| 1 | DATED: November 22, 2011 | Respectfully submitted, |
| 2 | | By   /s/ *Philip J. Wang* |
| 3 | | Philip J. Wang (SBN 218349)<br>Justin S. Chang (SBN 205925) |
| 4 | | WANG & CHANG, A PROFESSIONAL<br>    LAW CORPORATION |
| 5 | | One Maritime Plaza, Suite 825<br>San Francisco, California 94111 |
| 6 | | Telephone: (415) 599-2832 |
| 7 | | Facsimile: (415) 599-2829<br>phil@wangchanglaw.com |
| 8 | | jchang@wangchanglaw.com |
| 9 | | *Attorneys for Plaintiff* |

By   /s/ *William J. Goines*
    William J. Goines (SBN 61290)
GREENBERG TAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
goinesw@gtlaw.com

- and -

Stephen L. Saxl (*Not admitted in N.D. Cal.*)
Toby S. Soli (*Not admitted in N.D. Cal.*)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
saxls@gtlaw.com
solit@gtlaw.com

*Attorneys for Defendants*

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  A case management conference will be held on Wednesday, January 18, 2012, at 2:00 p.m.**

DATED:   ___ November 28 , 2011          _/s/ Claudia Wilken_____
                                         The Honorable Claudia Wilken
                                         United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT AND ADJOURNING NOVEMBER 29, 2011 CASE MANAGEMENT
CONFERENCE - CV-11-617-CW

3

ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ADJOURNING NOVEMBER 29, 2011 CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that Philip J. Wang has concurred in this filing.


Date:  November 23, 2011                              GREENBERG TRAURIG, LLP


                                                      By:  /s/ *William J. Goines*

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT AND ADJOURNING NOVEMBER 29, 2011 CASE MANAGEMENT
CONFERENCE - CV-11-617-CW

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT AND ADJOURNING NOVEMBER 29, 2011 CASE MANAGEMENT
CONFERENCE - CV-11-617-CW